# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**LAKE HAVASU INVESTMENT GROUP, a California Limited Partnership,** *

Plaintiff, *

v. * No. 04-1291C

**THE UNITED STATES,** * (Filed Feb. 24, 2005)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Joint Motion for a Stay of Proceedings filed on February 22, 2005, is granted. Accordingly,

**IT IS ORDERED**, as follows:

1. This case is suspended pending further order of the court.

2. The parties shall file a subsequent Joint Status Report within the earlier of 60 days or within 14 days of the completion of Alternative Disputes Resolution in the eight cases before Judge Horn: Grass Valley Inv. Group I v. United States, No. 04-1284C (Fed. Cl.); Diamond Springs Inv. Group II v. United States, No. 04-1302C (Fed. Cl.); Weaverville Inv. Group I v. United States, No. 04-1320C (Fed. Cl.); Hollister Inv. Group II v. United States, No. 04-1297C (Fed. Cl.); Ramona Inv. Group II v. United States, No. 04-1259C (Fed. Cl.); Pixley Inv. Group v. United States, No. 04-1315C (Fed. Cl.); Brawley I Inv. Group v. United States, No. 04-1287C (Fed. Cl.); and Brawley II Inv. Group v. United States, No. 04-1305C (Fed. Cl.).

s/ Christine O.C. Miller

__________________________________

**Christine Odell Cook Miller**
Judge