**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| LAKE HAVASU INVESTMENT GROUP, A CALIFORNIA LIMITED PARTNERSHIP, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 04-1291C<br>(Judge Christine O.C. Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of April 27, 2005, the parties respectfully submit this Joint Status Report concerning the status of their discussions in Alternative Dispute Resolution ("ADR") proceedings and whether they wish to continue with ADR.

The parties continue to make good progress in their efforts pursuant to the ADR process. As previously reported to the Court, the plaintiffs produced preliminary damages analyses for the first three cases that have been designated for ADR, together with supporting documentation, and defendant prepared a formal response thereto and produced various documents related to each of the three properties. Thereafter, on April 26, 2005, defendant provided plaintiffs with a further response to plaintiffs' damages analyses, based upon additional, recently obtained rental market data. Plaintiffs responded in writing on May 12, 2005.

The parties then engaged in regular settlement discussions, pertaining not only to these three cases, but also to issues common to the all of the above-mentioned cases, such as the proper methodology to be utilized and economic assumptions to be made in determining damages in these cases. These discussions included a meeting on May 24, 2005 among counsel and experts retained by the parties, followed by a meeting of counsel for the parties with Judge Horn. As a

result of these meetings, the parties have engaged in further exchanges of documents and information supporting their respective views and are further discussing various elements of the damage calculation process and other issues involved in the cases designated for ADR and in the related cases that have been stayed pending ADR proceedings, including this case.

The parties hope that their current efforts will produce a methodology that can be applied to the remaining cases that have been designated for ADR, and to the remaining related cases that have been stayed. In sum, the parties continue to be pleased with the ADR process to date and desire to continue with those efforts.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**
DAVID M. COHEN
Director

**s/ Jeff H. Eckland**
JEFF H. ECKLAND
Eckland & Blando LLP
700 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Tele: (612) 305-4444
Fax: (612) 305-4439

*Attorney for Plaintiff*

**s/ Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7643

*Attorneys for Defendant*

**Filed Electronically with the Consent of the Attorney for Defendant**

July 26, 2005